IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN BURKS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOHN E. POTTER,<br><br>　　　　Defendant._____/ | No.　　C06-05211 MJJ<br><br>**ORDER TO SHOW CAUSE** |

　　　　THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

　　　　If plaintiff fails to file a written response to this order to show cause by **Friday, December 1, 2006**, the case shall be dismissed for failure to prosecute.

　　　　The Case Management Conference set for November 28, 2006, is **vacated.**

**IT IS SO ORDERED.**

Dated:　　　11/16/2006

　　　　　　　　　　　　　　　　　　　　　　　　　　　MARTIN J. JENKINS
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge