IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN BURKS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN E. POTTER, Postmaster General, et al.,<br><br>　　　　Defendants. | No. C 06-5211 CW<br><br>ORDER TO SHOW CAUSE |

On March 31, 2009, the Court dismissed this action for failure to prosecute and ordered Plaintiff's counsel to file a declaration within five days attesting to service of the order of dismissal on Plaintiff herself.  Counsel was advised that failure to file the declaration would result in further action.  Counsel did not file the declaration as directed.

Accordingly, Plaintiff's counsel, Johnnie Lee Taylor, is hereby ordered to appear before the Court on May 12, 2009 at 2:00 p.m. to show cause why he should not be held in contempt for failure to abide by the Court's order of March 31.

IT IS SO ORDERED.

Dated: 5/4/09

　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

BURKS et al,

        Plaintiff,

  v.

POTTER et al,

        Defendant.

Case Number: CV06-05211 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 4, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Johnnie Lee Taylor
Law Offices of John L. Taylor
507 Polk Street, Suite 400
San Francisco, CA 94102

Carolyn Burks
4656 Shetland Way
Antioch, CA 94531

Dated: May 4, 2009

                            Richard W. Wieking, Clerk
                            By: Sheilah Cahill, Deputy Clerk