IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CAROLYN BURKS,

    Plaintiff,

  v.

JOHN E. POTTER, Postmaster General, et al.,

    Defendants.
_____/

No. C 06-5211 CW

ORDER DISCHARGING
ORDER TO SHOW CAUSE

    The Court's order of May 4, 2009 directing Plaintiff's counsel to show cause why he should not be held in contempt is discharged. The Court will refer the matter to the State Bar of California.

    IT IS SO ORDERED.

Dated: 8/20/09

_____
CLAUDIA WILKEN
United States District Judge